Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

UNITED STATES OF AMERICA

v.      Docket No. 0208 1:17CR00615-(GHW)

Candida Torres

On April 03, 2018, the above named was placed on Supervised Release for a period of 36 Months. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Candida Torres be discharged from Supervised Release.

Respectfully submitted,

by _____
Jennifer Arango
U.S. Probation Officer Assistant

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 30th day of January, 20 20.

_____
Honorable Gregory H. Woods
U.S. District Judge